IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES KARBOWSKI | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-326 |
| OGUNLADE OLUFOLAKE | § | |

**MEMORANDUM OPINION REGARDING VENUE**

Plaintiff, James Karbowski, an inmate confined at the Leblanc Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendant Ogunlade Olufolake.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Venue in a civil rights action is determined pursuant to 28 U.S.C. § 1391(b). When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only in the judicial district where all the defendants reside or in which a substantial part of the events or omissions giving rise to the claim occurred. Venue in this case is not proper in the Eastern District of Texas.

Plaintiff's complaint pertains to a claim of deliberate indifferent against Olufolake who is a nurse practitioner at the Garza Unit located in Beeville, Texas. Beeville, Texas, is in Bee County which lies within the jurisdiction of the Corpus Christi Division of the Southern District of Texas.

A district court has the authority to transfer a case in the interest of justice to another district in which the action might have been brought. *See* 28 U.S.C. §§ 1404, 1406. Therefore, in the interest of justice, and for the convenience of the parties and witnesses, all claims against the Defendant should be transferred to the Corpus Christi Division of the Southern District of Texas. An appropriate order so providing will be entered by the undersigned.

SIGNED this 4th day of August, 2026.

Zack Hawthorn
United States Magistrate Judge